IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br><br>vs.<br><br>DOMINIC EDWARD SPARKS,<br>        Defendant. | 4:20-cr-00002-SMR-HCA |

**REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY**

The United States of America and the Defendant both filed a written consent to proceed before a U.S. Magistrate Judge pursuant to 28 U.S.C. § 636(b) and both parties stipulated to conducting the plea hearing by videoconference, and that the plea hearing could not be further delayed without serious harm to the interests of justice. The Defendant entered a plea of guilty to Count(s) 1 and 2 of the Indictment, and stipulated to the judgment of forfeiture.

After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Fed. R. Crim. P. Rule 11 I determined that for each Count to which the Defendant pled guilty, the guilty plea was knowing and voluntary. For each Count to which the Defendant pled guilty, there was an independent factual basis for each of its essential elements. Defendant understands and agrees to be bound by the terms of the plea agreement. I, therefore, recommend that the plea(s) of guilty be accepted, that a pre-sentence investigation and report be prepared, and that the Defendant be adjudged guilty and have sentence imposed accordingly. I further recommend that the District Judge specifically adopt the finding that the plea hearing was conducted by the reliable electronic means of videoconference, and that further delay of the plea hearing would cause serious harm to the interests of justice for the following reason(s): due to the age of this case; the right of the defendant and the public to a speedy trial and sentencing within a reasonable time; and the Defendant's need for rehabilitative programming.

Date: August 27, 2020

*/s/ Celeste F. Bremer*
CELESTE F. BREMER
U.S. MAGISTRATE JUDGE

NOTICE

Failure to file written objections to this Report and Recommendation within fourteen (14) days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge.  28 U.S.C. 636(b)(1)(B).